**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

John E. Walker,
DEBTOR.
_____________________________/

CHAPTER 13
CASE NO. 19-52604-LSG
JUDGE LISA S. GRETCHKO

## ***EX-PARTE*** **MOTION TO SET ASIDE THE ORDER DISMISSING CHAPTER 13 CASE ENTERED ON MAY 19, 2022 (DOCKET #83)**

**NOW COMES** the Chapter 13 Standing Trustee, David Wm. Ruskin, and moves this Honorable Court to set aside the Order Dismissing Chapter 13 Case entered on May 19, 2022 (Docket #83), and in support thereof states as follows:

1. On May 19, 2022 (Docket #83), this Court entered an Order Dismissing Chapter 13 Case.

2. For administrative purposes, it is necessary to set aside the Order Dismissing Chapter 13 Case.

3. That notice may be waived as no party would be prejudiced by entry of this Order.

**WHEREFORE**, the Chapter 13 Standing Trustee prays that this Honorable Court set aside the Order Dismissing Chapter 13 Case entered on May 19, 2022.

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE, DAVID WM. RUSKIN

Dated: May 19, 2022

/s/ Lisa K. Mullen

DAVID Wm. RUSKIN (P26803), Trustee
LISA K. MULLEN (P55478), Staff Attorney
JOHN P. KAPITAN (P61901), Staff Attorney
1100 Travelers Tower, 26555 Evergreen Road
Southfield, MI 48076-4251
(248) 352-7755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

**IN RE:**

John E. Walker,

DEBTOR.
______________________________/

CHAPTER 13
CASE NO. 19-52604-LSG
JUDGE LISA S. GRETCHKO

**_*EX-PARTE*_ ORDER TO SET ASIDE THE ORDER DISMISSING CHAPTER 13 CASE ENTERED ON MAY 19, 2022 (Docket # 83)**

This matter comes before the Court by way of the Chapter 13 Standing Trustee seeking an *Ex-Parte* Order setting aside the Order Dismissing Chapter 13 Case entered on May 19, 2022 (Docket #83), and it being necessary to set aside the Order for administrative purposes, and there being no adverse impact upon any party by way of this action, therefore no notice is required to be given, and the Court being otherwise sufficiently advised in the premises;

**IT IS HEREBY ORDERED** that the Order Dismissing Chapter 13 Case entered on May 19, 2022 (Docket #83), shall be and is hereby ordered set aside and held for naught.

EXHIBIT 1